| | |
|---|---|
| 1  BRIAN T. McMILLAN, Bar No. 111890<br>E-Mail: bmcmillan@littler.com | **E-filed 5/22/06** |

BRIAN T. McMILLAN, Bar No. 111890
E-Mail: bmcmillan@littler.com
TODD K. BOYER, Bar No. 203132
E-Mail: tboyer@littler.com
LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando Street, 14th Floor
San Jose, CA  95113.2303
Telephone:   408.998.4150
Facsimile:    408.288.5686

**E-filed 5/22/06**

Attorneys for Defendant
SELECT COMFORT RETAIL CORPORATION

ROBERT DAVID BAKER, Bar No. 87314
NIEVE ANJOMI, Bar No. 219299
BAKER & ANJOMI
1611 The Alameda
San Jose, CA 95125
Telephone:   408.292.8555
Facsimile:    408.292.0703

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TAMARA ZELTSER,<br><br>             Plaintiff,<br><br>v.<br><br>SELECT COMFORT RETAIL CORPORATION,<br><br>             Defendant. | Case No.  C06-00146 JF (E-Filing)<br><br>**JOINT STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS**<br><br>**ADR CERTIFICATION** |

The parties stipulate to participate in the following ADR process:

**Court Processes:**

⌐ Arbitration          ⌐ ENE          ☒Mediation

The parties request that the mediator be familiar with the California and Federal labor laws; specifically those statutes and regulations related to working hours and the payment of overtime.

FIRMWIDE:81087981.1 038169.1007       1.       Case No. C06-00146 JF (E-Filing)
**JOINT STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

The parties agree to hold the ADR session by:

☒ The presumptive deadline (The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)

Dated: _____
ROBERT BAKER
Attorney for Plaintiff

Dated: 5/15/06
BRIAN T. MCMILLAN
Attorney for Defendant

IT IS SO ORDERED:

Dated: 5/19/06
HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

## SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 305(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Dated: 5/16/06
TAMARA ZELTSER
Plaintiff

Dated: 5-16-06
ROBERT BAKER
Attorney for Plaintiff, TAMARA ZELTSER

Dated: 5/15/06
SELECT COMFORT RETAIL CORPORATION
Defendant

Dated: 5/16/06
BRIAN T. MCMILLAN
Attorney for Defendant
SELECT COMFORT RETAIL CORPORATION

FIRMWIDE:81087981.1 038169.1007    2.    Case No. C06-00146 JF (E-Filing)
JOINT STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

TOTAL P.02