ROBERT DAVID BAKER, INC.
Robert David Baker, Esq. (87314)
1611 The Alameda
San Jose, CA 95126
Facsimile: (408) 292-0703
(408) 292-8555

Attorney for Plaintiff
TAMARA ZELTSER

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAMARA ZELTSER,

    Plaintiff,

vs.

SELECT COMFORT RETAIL CORPORATION,

    Defendants,

_____/

Case No. C 06 –146 JF

EX PARTE MOTION AND STIPULATION FOR EXTENSION OF TIME TO MEDIATE

TO: HONORABLE JEREMY FOGEL AND COUNSEL FOR DEFENDANTS SELECT COMFORT RETAIL CORPORATION:

    Tamara Zeltser, Plaintiff, through her attorney of record hereby moves this court for an ex parte order allowing an extension of time to mediate this matter.

    Good cause for this ex parte motion exists based upon the following declaration of Robert David Baker.

    This application is based upon this application, the attached points and authorities, the attached declaration of Robert David Baker, and on all documents and records on file in the above-entitled matter.

Respectfully submitted,    Dated: August 28, 2006

_____
Robert David Baker, Esq.
Attorney for Plaintiff

## MEMORANDUM OF POINTS AND AUTHORITIES

Local Rule 7-11 provides that a party may submit an ex parte application for immediate determination by the assigned Judge.

All counsel and the mediator have agreed to extend the time to mediate the above-entitled matter, so that the mediation may be held on September 13, 2006, beginning at 9:30 a.m.

Respectfully submitted,    Dated: August 28, 2006

_____
Robert David Baker, Esq.
Attorney for Plaintiff

## DECLARATION OF ROBERT DAVID BAKER
## IN SUPPORT OF EX PARTE MOTION

I, Robert David Baker, declare:

1. I am an attorney duly licensed to practice in the Courts of the State of California and the United States District Court for the Northern District of California;

2. My address is 1611 The Alameda, San Jose, California;

3. I am the attorney for Plaintiff in the above entitled matter;

4. The complaint in this matter alleges overtime and other violations under the FLSA and California State Labor Law;

5. The Complaint in this matter was filed on January 10, 2006;

6. The parties have stipulated to mediation of this matter. John E. F. DiNapoli has been assigned as mediator. A mediation date was set for August 9, 2006;

7. On July 18, 2006, I was retained to represent Defendant in the punitive damage phase of <u>Sheikhai v. Mirzaei</u>, Alameda County Case Number 2002-052987. The trial of punitive damage phase was set for August 8, 2006;

8. I communicated this conflict to all counsel and the mediator. All counsel and the mediator, John DiNapoli, have agreed that the mediation will be continued to September 13, 2006;

9. Therefore, request is made of this court to extend the time to mediate this matter to September 13, 2006.

I declare under penalty of perjury the foregoing is true and correct and that this declaration is executed on August 28, 2006, at San Jose California.

_____
Robert David Baker, Esq.

## STIPULATION

It is so stipulated.

Dated: August 28, 2006

_____
Brian T. McMillan, Esq.

Dated: August 28, 2006

_____
John DiNapoli, Esq.

5. The Complaint in this matter was filed on January 10, 2006;

6. The parties have stipulated to mediation of this matter. John E. F. DiNapoli has been assigned as mediator. A mediation date was set for August 9, 2006;

7. On July 18, 2006, I was retained to represent Defendant in the punitive damage phase of <u>Sheikhai v. Mirzaei</u>, Alameda County Case Number 2002-052987. The trial of punitive damage phase was set for August 8, 2006;

8. I communicated this conflict to all counsel and the mediator. All counsel and the mediator, John DiNapoli, have agreed that the mediation will be continued to September 13, 2006;

9. Therefore, request is made of this court to extend the time to mediate this matter to September 13, 2006.

I declare under penalty of perjury the foregoing is true and correct and that this declaration is executed on August 28, 2006, at San Jose California.

_____
Robert David Baker, Esq.

**STIPULATION**

It is so stipulated.

Dated: August 28, 2006

_____
Brian T. McMillan, Esq.

Dated: August 28, 2006

_____
John DiNapoli, Esq.

TAMARA ZELTSER EX PARTE MOTION

5. The Complaint in this matter was filed on January 10, 2006;

6. The parties have stipulated to mediation of this matter. John E. F. DiNapoli has been assigned as mediator. A mediation date was set for August 9, 2006;

7. On July 18, 2006, I was retained to represent Defendant in the punitive damage phase of Sheikhai v. Mirzaei, Alameda County Case Number 2002-052987. The trial of punitive damage phase was set for August 8, 2006;

8. I communicated this conflict to all counsel and the mediator. All counsel and the mediator, John DiNapoli, have agreed that the mediation will be continued to September 13, 2006;

9. Therefore, request is made of this court to extend the time to mediate this matter to September 13, 2006.

I declare under penalty of perjury the foregoing is true and correct and that this declaration is executed on August 28, 2006, at San Jose California.

Robert David Baker, Esq.

## STIPULATION

It is so stipulated.

Dated: August 28, 2006

Brian T. McMillan, Esq.

Dated: August 28, 2006

John DiNapoli, Esq.


# ORDER

Based upon the Ex Parte Application of Plaintiff Tamara Zeltser, through her attorney of record Robert David Baker,

AND FOR GOOD CAUSE APPEARING, IT IS SO ORDERED that the time to mediate the above-entitled matter shall be extended to September 13, 2006.

Case Management Conference is continued until 9/22/06 at 10:30.

Dated: August 31, 2006

_____
Honorable Jeremy Fogel
Judge, United States District Court